

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-13-2006

# USA v. Enigwe

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-3786

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Enigwe" (2006). *2006 Decisions.* Paper 748.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/748

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-3786
_____

UNITED STATES OF AMERICA

v.

IFEDOO NOBLE ENIGWE,
                                        Appellant
_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Crim. No. 92-cr-00257)
District Judge: Honorable Jan E. DuBois
_____

Submitted on a Motion for Summary Reversal/Remand
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
May 4, 2006

BEFORE: FUENTES, VAN ANTWERPEN and ROTH[1] CIRCUIT JUDGES

(Filed:  June 2, 2006)
_____

ORDER AMENDING OPINION
_____


        At the direction of the Court, the opinion filed on June 2, 2006 is amended

to state the correct effective date of Amendment 500.  The second paragraph on the first

page is amended as follows:

_____

[1]Judge Roth assumed senior status on May 31, 2006.

"He contended in this motion that Amendment 500 to <u>United States</u> <u>Sentencing</u> <u>Guidelines</u> § 3B1.1, effective in November 1993, lowered the sentencing range for his leadership role."

For the Court,

 /s/ Marcia M. Waldron
Clerk

Date:   July 13, 2006

lwc/cc: Mr. Ifredoo Noble Enigwe